MICHAEL JOSEPH CADDIE #408109 (A.M. TDCJ-CID
JESTER 4 UNIT/D3-43 SID#03584950 —
#4 JESTER ROAD [REQ.] "FULL PARDON" P0
RICHMOND, TX. 77406-8544
[REQ.] "EXONERATION" q
• (MON. 26th JANUARY 2015) — [PREVIOUS DATE] 4
(VIA)
↓ RACIAL DISCRIMINATION o
(FRI. 20th MARCH 2015)

Court of Appeals (1st. DISTRICT)
Christopher A. Prine, clerk
301 FANNIN STREET
HOUSTON, TX. 77002-7006

CLERK,
— Thirty Yrs. (30 Yrs.), Ago! — — (1985-2015)!
I, WAS, (WRONGFULLY & FALSELY); INDICTED;
① CHARGED, ② CONVICTED, ③ SENTENCED, & ④ IMPRISONED!
BY, A, ①} HOUSTON, HARRIS. CO., TX. } — — GRAND
JURY! AND, BY, AN (ALL WHITE) DISCRIMI
-NATED JURY! AS, WELL, AS — BY (ALL WHITE)
(DISCRIMINATED) PROFESSIONAL WITNESSES
— INCLUDING: ① POLICE OFFICERS/XXX

② MED. DR. (W) "AS," ③ NEUROSURGEON (X) (X) MS ④ (X) MS
& (X) (X) WITNESSES, & ⑥ APMT. MGR. (X) (X) ETC!
"FOR," A ("70 YRS.) "PERIOD"! (1985-2055). FOR
THE "OFFENSE" OF" [AGG. SEXUAL. ASSAULT]
"INVOLVING," A, (W F [MISS DONNA KAYE
REYNOLDS "(WF)" OF, [HOUSTON "HARRIS. CO.
TX"]!!! AGE: "THEN: (Oct. 1985 (24 YRS. OLD)!!!
— A (RAPE. KIT ") WAS (TAKEN & CONDUCTED)
OF, THE: [COMPLAINANT] (MISS DONNA KAYE
REYNOLDS "(WF)"!! "BY, A, [SGT. _ _ _ RALPH
YARBROUGH (X) (X) — (DETECTIVE) — OF THE:
[HOUSTON. POLICE DEPT'S. SEX. CRIMES. U-
-NIT ]! "ON, (SUN. 20th JAN. 1985) "(DATE.
.OF. CRIME)!!! "AND THE (RAPE. KIT — RE
-TURNED BACK [NEGATIVE]! ! !
[NO] "TRACE .OF" (SPERM .OR. SEMEN)!!! "COM-
MENT: "WHERE'S, THE "(ACT .OR. PER SON-

—MADE) OF ": [AGG. SEXUAL. ASSAULT "]!



[REYNOLD'S . CONFESSION (Oct. 15-21, 1985

—DURING, (JURY TRIAL) (Oct. 15-21, 1985)"!.((

IN, THE , [339TH DIST. COURT] @ HOUSTON

(HARRIS CO'), TEXAS]! the Hon. [JUDGE'S

(NORMAN E. LANFORD)] PRESIDING!!!

BUT, WAS (REPLACED) BY A (Substitute .

Judge] "W!. (NAME. ZINK)!!! ___ 66 IT

WAS, TESTIFIED, BY THE [COMPLAINANT]

(MISS DONNA KAY REYNOLDS ___ (W/F)

ON [6] SIX ___ SEPARATE . OCCASSION(S)

" THAT, THERE WERE [NO] (SEXUAL . ENCOUN

-TER) ___ )" BETWEEN US!!! [3]

(PER. SE)" T IMED ___ TO THE (STATE'S PROSE-

-CUTOR) (MS. ROBIN BROWN (W/F! HAVING

THE, SAME : [1]AGE, [2]SEX, [3]GENDER & [4]RACE

— AS THE [COMPLAINANT]: (MISS DONNA KAYE REYNOLDS (W/F)! COMMENT. "THIS, WAS'NT, "FAVORABLE" TO MY "DEFENSE"!!! AS, A (32-yrs) OLD (BM!!! "3" (PER-SE) TIMES—ON: (CROSS-EXAMINATION) TO MY: (STATES (Court-Appointed) ATTY—: (DAVID ROBERT SILVERSEN (W/M [TBN# #18448000]!!! "THAT, THERE, WERE "NO" [SEXUAL · ENCOUNTER—]" BETWEEN U2!!!                    P④

_____

"[NO]" TESTIMONY
— "I, DIDN'T, TESTIFY @ (Jury.Trial) (Oct.15-21, 1985)! TO "(DEFEND)" MYSELF! "DURING" (Court.Proceeding@)! SOME (30 yrs.) AGO! (1985-2015)!!!

# [DNA]

— THERE, WERE [NO] (DNA) SAMPLE! ("E-XIBITED)!!! "DURING (JURY-TRIAL)", (Oct. 15-21, 1985)"!!! _ _ _ _ "DURING, (Court-PROCEEDINGS)"!!! _ _ "SOME, (30 YRS.) AGO!!!!"(1985-2015)"!!!

---

# [SUMMARY]:

— "(MISS DONNA KAYE REYNOLDS ("WE) WAR'NT, [AGG.LY KIDNAPPED .or. RAPED]"! BY ME _ ON: "(SUN. 20th. JAN. 1985)"! RATHER (SHE)"(CONSENTED)"TO, COME [UPSTAIRS] TO MY: [APMT.] TIFFANY PLACE AP--MTS. [11, 315 FONDREN ST. "(SOUTHWEST)" (Houston, TX. 77035)" TO KEEP WARM ON, THAT, VERY (COLD) JANUARY — — —

.NIGHT @ 12:00 (MID .NIGHT)"!!" WHILE, I,
"ATTEMPTED," TO _ PUT (COOLANT or ANTI-FR
-EEZE)" IN "(HER)" VEHICLE!!! "A
[GOLD . PONTIAC . FIREBIRD]"! "6
"NOR! WAS [SHE] (SEXUALLY . ASSAULTED)
BY ME!!! "REMEMBER! ____" THE
(RAPE . KIT ____) "RETURNED BACK
[NEGATIVE]"!!! "ON "(SUN ____ 20th
JAN. 1985)"!!! ____ ____ ____ "NOR!
WAS [SHE] STRUCK" [IN . or . BEHIND] THE
"HEAD", WITH A "(12" Crescent WRENCH)"
"AS, [2], TWO _ NEUROSURGEON" "DR.
ALAN LOCKWOOD(xxx) "& "DR. ____ RAPHA ____
FRIEDMAN (xxx)"!!! "OF [SW MEMORIAL .
HERMANN . HOSP.] @ (HOUSTON, TX.) HAS
IT!!!

— "I WAS ORIGINALLY CHARGED" WITH "③ THREE OFFENSES": ① AGG. KIDNAPPING — ② ATTEMPTED CAPITAL MURDER & ③ AGG. SEXUAL ASSAULT ] !!! "BUT, AFTER, AN INTENSE INVESTIGATION" BY LOCAL LAW ENFORCEMENT & H.P.D. "TWO ② OF THE CHARGES": AGG. KIDNAPPING & ATTEMPTED CAPITAL MURDER ] "WAS (DROPPED & DISMISSED)!!! "AND, I WAS (TAKEN) THEN; TO JURY TRIAL ON THE LATTER OR REMAINDER" OF: AGG. SEXUAL ASSAULT (Oct. 15-21 1985)! SOME "30yrs" AGO (1985-2015)"!!! Respectfully!

P.S.) "PLEASE, MAKE [REFERENCE TO] "LET-TERS" DATED: (THU. 20th NOV. 2014) (& ALSO OTHERS) DATED: (1985-2015) ??? AND YOU'LL COME TO THE "REALIZA-TION" THAT [I AM] AN; "INNOCENT MAN)!!! P8

Respectfully,

P.S.S.) [I AM] A [U.S. ARMY (HONORABLE DIS-charge) Sp. Forces VIET NAM ERA VE-TERAN)!!! "WHO DID (SERVICE TO MY (COUNTRY) USA]!!! FROM (APR. 1971) (APR. 1975)!!!

Respectfully,

STATE OF TEXAS

VS.

TDCJ-CID

MICHAEL          JOSEPH     CADDIE #408109 BM

SID# 03584950

CASE NO.#: 01-03-00057-CV                    P.①

CASE NO.#: 01-86-00010-CR

CASE NO.#: 01-03-00570-CR

WR 22,447-01

CAUSE NO.#: 419,171 A

[ Jury Trial ]

Oct. 15-21, 1985 ____ 339th DIST. COURT

[30 yrs.] AGO: ____ (1985-2015)

"POST CONVICTION"

PRESIDING JUDGE: [THEN: (Oct. 1985)] the HON: NORMAN E. LANFORD "M! BUT, WAS REPLACED BY A: (Sub-stitute Judge "M! CNAME UNK) !!! WHO PRESIDED Jury Trial) Oct. 15-21, 1985 @ Houston, Texas

MICHAEL JOSEPH CADDIE-#2406167 (KJ)
JESTER 4: UNIT/D3: 43/(RD) #035849 50...
#4 JESTER ROAD
RICHMOND, TX. 77406-8544

Court of Appeals (1st DISTRICT)
(Christopher A. Prine, clerk
301 FANNIN STREET
HOUSTON, TX. 77002-7006

LEGAL